UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MYLES LAWRENCE HILLS,

    Plaintiff,

v

SEATTLE POLICE DEPARTMENT, et al,

    Defendants

No C01-0159

NOTICE OF APPEARANCE

TO:    The Clerk of the Above-Entitled Court

AND TO    Matthew D Dubin, Esq, attorney for Plaintiff

YOU, AND EACH OF YOU, WILL PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for defendant SEATTLE POLICE DEPARTMENT, CITY OF SEATTLE, and NORM STAMPER without waiving the questions of

1    Lack of jurisdiction over the subject matter,

2    Lack of jurisdiction over the person,

3    Improper venue,

4    Insufficiency of process,

5    Insufficiency of service of process,

6    Failure to state a claim upon which relief may be granted, and

7    Failure to join a party under Rule 19.

NOTICE OF APPEARANCE - 1

Q \CLIENTS\3000\000\3019\21917\PLEADINGS\NOA DOC

CV 01-00159 #00000002