UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE



MYLES LAWRENCE HILLS,

    Plaintiff,

v.

SEATTLE POLICE DEPARTMENT, et al.,

    Defendants.

**JUDGMENT**

Cause Number C01-159R

This matter having come before the court on defendants' motions for summary judgment and the court being fully advised, the court GRANTS defendants' motions: this matter is DISMISSED with prejudice.

Dated this 14TH day of February 2002 at Seattle, Washington.

BRUCE RIFKIN
Clerk of Court
By

Elizabeth Tyree
Deputy Clerk

**JUDGMENT**